**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

      Miguel A Sandoval

          Debtor(s)

Case No. 15 B 16034

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/05/2015.

2) The plan was confirmed on 08/05/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/20/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/09/2015, 06/07/2016.

5) The case was Dismissed on 06/15/2016.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $2,716.03 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$2,716.03** |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,135.63 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $96.52 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$1,232.15** |

Attorney fees paid and disclosed by debtor:  $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/r Concepts | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Aarons Sales And Lease Ownership | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACC International | Unsecured | 443.53 | NA | NA | 0.00 | 0.00 |
| Activity Collection Services Inc | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| Advanced Allergists | Unsecured | 231.32 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 618.64 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 464.00 | 455.15 | 455.15 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 303.72 | 69.81 | 69.81 | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 1,131.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 61.00 | 1,959.84 | 1,959.84 | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Center for Pediatric Medicine | Unsecured | 0.00 | 164.10 | 164.10 | 0.00 | 0.00 |
| Cesar Menendez, MD | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Clerk - 18th Judicial Circuit | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Client Services, Inc. | Unsecured | 253.50 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solution | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| Diversified | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| Dr Daniel N Uditsky DDS | Unsecured | 273.00 | 188.60 | 188.60 | 0.00 | 0.00 |
| Drive Now | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| Drive Now | Secured | 4,232.00 | 0.00 | 4,232.00 | 1,394.85 | 89.03 |
| DRS Bedingfield & Rosewell, S.C. | Unsecured | 27.35 | NA | NA | 0.00 | 0.00 |
| Eastern Account System | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Eos Cca | Unsecured | 75.54 | NA | NA | 0.00 | 0.00 |
| Eos Cca | Unsecured | 1,009.92 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First Premier Bank | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Firstbkde/Cf | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Sv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Happy Smiles Family Dentistry, P.C. | Unsecured | 53.80 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 25.24 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Employment S | Unsecured | 2,871.00 | 2,047.92 | 2,047.92 | 0.00 | 0.00 |
| Illinois Dept of Revenue | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Secretary Of State | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Toll Hwy Auth | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 120.00 | NA | NA | 0.00 | 0.00 |
| Jvdb Asc | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 922.00 | 701.51 | 701.51 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair and Sampson LL | Unsecured | 40.55 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 43.62 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Mea Elk Grove LLC | Unsecured | 74.29 | NA | NA | 0.00 | 0.00 |
| Medco Financial Asso | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Minuteclinic of Illinois | Unsecured | 73.83 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| Optimum Outcomes | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| Peoples Engy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoplesene | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PFG of Minnesota | Unsecured | 496.11 | NA | NA | 0.00 | 0.00 |
| Professional Placement | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 209.51 | NA | NA | 0.00 | 0.00 |
| Suburban Assoc in Ophthalmology | Unsecured | 28.29 | NA | NA | 0.00 | 0.00 |
| Thera Tech Equipment | Unsecured | 90.31 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 113.27 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,232.00 | $1,394.85 | $89.03 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,232.00** | **$1,394.85** | **$89.03** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$5,586.93** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,232.15 |
| Disbursements to Creditors | $1,483.88 |
| | |
| **TOTAL DISBURSEMENTS** : | **$2,716.03** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/15/2016                            By: /s/ Marilyn O. Marshall
                                                        Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**